Matter of Aminata S. v Ndongo D. (2024 NY Slip Op 04628)

Matter of Aminata S. v Ndongo D.

2024 NY Slip Op 04628

Decided on September 26, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: September 26, 2024

Before: Webber, J.P., Kern, Oing, González, Rosado, JJ. 

Docket No. V01882/23 V01883/23 Appeal No. 2608 Case No. 2023-06816 

[*1]In the Matter of Aminata S., Petitioner-Respondent,
v
Ndongo D., Respondent-Appellant. 

Daniel X. Robinson, New York, for appellant.
Larry Bachner, New York, for respondent.
Janet Neustaetter, The Childrens Law Center, Brooklyn (Rachel J. Stanton of counsel), attorney for the children.

Appeal from order, Family Court, Bronx County (Jaclyn P. Sherman, Referee), entered on or about December 12, 2023, which, after a fact-finding hearing and upon respondent father's default, granted petitioner aunt's petition for custody of the subject children, unanimously dismissed, without costs, as taken from a nonappealable order.
Upon our review of respondent father's assigned counsel's motion and the record, we agree that the subject order is nonappealable since it was entered following the father's default at the fact-finding hearing, and the father did not move to vacate his default (see Matter of Neil F. J. v Maria I. M., 208 AD3d 1101 [1st Dept 2022]; CPLR 5511).
Application by the father's assigned counsel to withdraw as counsel is granted (see Anders v California, 386 US 738 [1967]; People v Saunders, 52 AD2d 833 [1st Dept 1976]). The record indicates that there are no nonfrivolous issues that could be raised on appeal. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: September 26, 2024